**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  GREGORY M. KAISER           §       Case No. 12-82698
        MARIA A. KAISER             §
                                    §
        Debtors                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/13/2012.

2) The plan was confirmed on 12/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/14/2013.

5) The case was dismissed on 02/22/2013.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,855.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,400.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,400.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 72.05 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 72.05 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHANG & CARLIN, LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| AARON'S SALES AND LEASE #F1200 | Sec | 0.00 | 135.26 | 135.26 | 135.26 | 14.74 |
| AARON'S SALES AND LEASE #F1200 | Uns | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 5,791.00 | 4,631.15 | 4,631.15 | 1,006.07 | 171.88 |
| AMERICREDIT FINANCIAL | Uns | 0.00 | 10,548.26 | 10,548.26 | 0.00 | 0.00 |
| ACS / DEUTSCHE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AM STD ASST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMER COLL CO / ACC | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 5,458.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 2,624.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 2,482.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 992.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 780.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ARRONMTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ARRONMTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ARRONMTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 1,245.00 | 1,250.42 | 1,250.42 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 660.00 | 660.84 | 660.84 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 965.72 | 965.72 | 0.00 | 0.00 |
| CHASE AUTO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK (SOUTH DAKOTA) NA | Uns | 0.00 | 9,017.03 | 0.00 | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY | Uns | 1,999.00 | 2,658.04 | 2,658.04 | 0.00 | 0.00 |
| CORPORATE AMERICA FCU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FCU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 474.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 353.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SV | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| HARRIS NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 644.88 | 644.88 | 0.00 | 0.00 |
| HSBC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 588.17 | 588.17 | 0.00 | 0.00 |
| ILL STDNT AS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILL STDNT AS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 655.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP as agent | Uns | 1,330.00 | 1,329.94 | 1,329.94 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 972.00 | 814.95 | 814.95 | 0.00 | 0.00 |
| MRSI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RC | Uns | 747.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RC | Uns | 689.00 | NA | NA | 0.00 | 0.00 |
| ROADLOANS.COM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 1,279.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MKT ASSN / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MKT ASSN / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Uns | 814.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 15,190.17 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 0.00 | 45,579.79 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 902.64 | 902.64 | 0.00 | 0.00 |
| AARON'S FURNITURE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,631.15 | $ 1,006.07 | $ 171.88 |
| All Other Secured | $ 135.26 | $ 135.26 | $ 14.74 |
| **TOTAL SECURED:** | $ 4,766.41 | $ 1,141.33 | $ 186.62 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 20,463.86 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 72.05 | |
| Disbursements to Creditors | $ 1,327.95 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,400.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 04/24/2013        By: /s/ Lydia S. Meyer
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)